IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01878-AP

SAMUEL ALLEN,

Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson | TROY A. EID |
| 7960 South Ireland Way | United States Attorney |
| Aurora, CO 80016 | |
| 303-680-1881 | KEVIN TRASKOS |
| | Deputy Chief, Civil Division |
| AtkinsonAJ@aol.com | United States Attorney's Office |
| | District of Colorado |
| | Kevin.Traskos@usdoj.gov |
| | |
| | DEBRA J. MEACHUM |
| | Special Assistant United States Attorney |
| | 1961 Stout Street, Suite 1001A |
| | Denver, Colorado 80294 |
| | (303) 844-1570 |
| | (303) 844-0770 (facsimile) |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** September 6, 2007.
**B. Date Complaint Was Served on U.S. Attorney's Office:** September 14, 2007.
**C. Date Answer and Administrative Record Were Filed:** November 13, 2007.

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The administrative record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

## 8. BRIEFING SCHEDULE

**A. Plaintiffs Opening Brief Due:** January 14, 2008
**B. Defendant's Response Brief Due:** February 21, 2008
**C. Plaintiffs Reply Brief (If Any) Due:** March 7, 2008

## 9. STATEMENTS REGARDING ORAL ARGUMENT

**A. Plaintiffs Statement:** Plaintiff does not request oral argument.
**B. Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.    (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

      DATED this 4th day of December, 2007.

                                          BY THE COURT:

                                          *s/John L. Kane*
                                          U.S. DISTRICT COURT JUDGE

                                          APPROVED:

                                          For Plaintiff:

s/ Ann Atkinson 12/3/07
Ann J. Atkinson
7960 South Ireland Way
Aurora, CO 80016
303-680-1881

AtkinsonAJ@aol.com

Attorney for Plaintiff-Appellant

For Defendant:

TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado
Kevin.Traskos@usdoj.gov

s/ Debra J. Meachum 12/3/07
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-1570
(303) 844-0770  (facsimile)
e-mail Debra.meachum@ssa.gov