UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 07-cv-01878-RPM

SAMUEL ALLEN,

                              Plaintiff,

v.

MICHAEL ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR
AWARD OF ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT
28 U.S.C. §2412(d)**

---

Upon consideration of Plaintiff's Unopposed Motion for an Award of Reasonable Attorneys' Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412 [18], filed on March 3, 2009, it is

Ordered that the Defendant is ordered to pay the amount of **$3,923.70** to the Plaintiff, through his attorney, Ann J. Atkinson, Attorney at Law, as and for Plaintiff's attorneys fees under the EAJA.

DATED at Denver, Colorado, this 4th day of March, 2009.

                              BY THE COURT

                              s/Richard P. Matsch

                              Richard P. Matsch, Judge
                              U.S. DISTRICT COURT JUDGE